Irina GORBACH; Jose Luis Rosas–madrid; Agueda Escalante; Ruben Lara; Javier Sanguino; Mac Maurice Chukwud Ijeaku; Loreto Moncado Juan; Pedro Legarda–legarda; Adolpho Erazo, Plaintiffs–Appellees,

v.

Janet RENO, Attorney General of the United States; Doris M. Meissner, Commissioner of Immigration and Naturalization Service; United States Immigration and Naturalization Service, Defendants–Appellants.

No. 98–35723.

United States Court of Appeals,
Ninth Circuit.

Oct. 19, 1999.

Before: PROCTER HUG, JR., Chief Judge.

### ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion, *Gorbach v. Reno*, 179 F.3d 1111 (9th Cir.1999), is withdrawn.